# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUNIUS P. LEISURE II,**  Plaintiff, | : : : |
| v. | : No. 5:21-cv-1769 |
| **JACQUELINE PFURSICH,** *et al.*,  Defendants. | : : : |

## O R D E R

AND NOW, this 21st day of April, 2021, upon consideration of Junius P. Leisure II's Motion to Proceed *In Forma* Pauperis, ECF No. 1, Prisoner Trust Fund Account Statement, ECF No. 3, and *pro se* Complaint, ECF No. 2, and for the reasons set forth in the Court's Opinion issued this date it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Junius P. Leisure II, #MP-5563, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the SCI-Fayette or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Leisure's inmate account; or (b) the average monthly balance in Leisure's inmate account for the six-month period immediately preceding the filing of this case. The SCI-Fayette or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Leisure's inmate trust fund account exceeds $10.00, the SCI-Fayette or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to

Leisure's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is directed to **SEND** a copy of this Order to the SCI-Fayette.

4. The Complaint is **DEEMED** filed.

5. Leisure's Complaint is **DISMISSED with prejudice** for the reasons stated in the Court's Opinion.

6. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge